Werry.Scott - userlog - 87474342.txt
Log for User at address 24.250.26.110:6348 generated on 9/2/2005 12:16:03 AM EDT (-0400 GMT)
Total Files: 411
------------------------------
Total Audio Files: 385
Total Video Files: 7
Total Software Files: 2
Total Document Files: 0
------------------------------
Total Matched Files: 36
Total Distinct Matches: 26

FileName: 04 I Still Haven't Found What I'm Looking For.mp3 (6,746,812 bytes)
FileName: 112 - Peaches and Cream.mp3 (3,090,083 bytes)
FileName: 112 ft. shyne - its over now.mp3 (4,251,702 bytes)
FileName: 12 Ciara - 1, 2 Step.mpg (47,153,960 bytes)
FileName: 2 Pac Tupac - Changes.mp3 (5,385,196 bytes)
FileName: 2001 057 Missy Elliot - One Minute Man.wav (1,531,750 bytes)
FileName: 3 Days Grace - I Hate Everything About You.mp3 (3,767,190 bytes)
FileName: 3LW - I'm gonna make you miss me .mp3 (4,429,618 bytes)
FileName: 3LW - No More.mp3 (6,400,000 bytes)
FileName: 3LW - Playas Gonna Play.mp3 (3,885,056 bytes)
FileName: 50 Cent & Lloyd Banks - Porno Star.mp3 (3,385,138 bytes)
FileName: 50 Cent - Candy Shop.mp3 (5,055,136 bytes)
FileName: 50 Cent - St. Valentine's Day Massacre - In Da Hood ft. Brooklyn.mp3 (4,064,112 bytes)
FileName: 50 Cent - The Massacre - 05 - Piggy Bank (Produced By Needlz).mp3 (6,674,790 bytes)
FileName: 50 Cent - The Massacre - 08 - Outta Control.mp3 (5,579,523 bytes)
FileName: 50 cent feat Fabolous - just a little bit.mp3 (6,499,778 bytes)
FileName: 50 CENT Outta Control Remix Feat Mobb Deep.mp3 (5,144,033 bytes)
FileName: 50 cent- In Da Club.mp3 (5,799,990 bytes)
FileName: 50cent ft.g-unit - I Smell Pussy.mp3 (3,338,932 bytes)
FileName: 80's music - M - Pop Musik.mp3 (3,273,918 bytes)
FileName: 80s sting & the police - police - roxanne.mp3 (3,108,866 bytes)
FileName: 90's - Lauren Hill - Killing Me Softly.mp3 (4,349,952 bytes)
FileName: 98 Degrees - I Do (Cherish You).mp3 (3,632,902 bytes)
FileName: 98 Degrees - The Hardest Thing.mp3 (4,394,525 bytes)
FileName: ACDC - DC - TNT.mp3 (3,432,569 bytes)
FileName: ACDC - Highway To Hell.mp3 (3,330,843 bytes)
FileName: ACDC - you shook me all night long - AC-DC.mp3 (6,731,650 bytes)
FileName: Ace of Base - Don't Turn Around.mp3 (3,709,447 bytes)
FileName: Ace Of Base- I Saw The Sign.mp3 (3,078,556 bytes)
FileName: Adobe Photo Shop 7 + serial.zip (168,267,776 bytes)
FileName: Akinyele - Just Put It In My Mouth.mp3 (8,046,759 bytes)
FileName: Alan Jackson & Jimmy Buffett - It's Five O'clock Somewhere(5).mp3 (9,355,264 bytes)
FileName: Aliah - I Really Need Somebody.mp3 (3,639,296 bytes)
FileName: ALICA KEYS If I Anit Got You.mp3 (4,571,066 bytes)
FileName: Alice Cooper - I'm Eighteen.mp3 (2,854,300 bytes)
FileName: Alice Cooper - Schools Out For Summer.mp3 (3,439,430 bytes)
FileName: All That She Wants - Ace Of Base.mp3 (3,415,188 bytes)
FileName: Amerie - One Thing.mp3 (5,324,426 bytes)
FileName: ashlee simpson - lala.mp3 (3,990,713 bytes)
FileName: Ashlee Simpson-Shadow.mp3 (9,324,755 bytes)
FileName: ashley simpson - surrender.mp3 (3,184,394 bytes)
FileName: ashley simpson- pieces of me.mp3 (6,965,514 bytes)
FileName: B52's - Love Shack.mp3 (4,147,826 bytes)
FileName: Baby Bash feat. Akon - Baby I'm Back.mp3 (9,117,300 bytes)
FileName: Baby Bash ft Akon - I'm Back.mp3 (9,117,300 bytes)
FileName: Baby Face - Every time i close my eyes.mp3 (4,743,463 bytes)
FileName: Back Street Boys - I Want it that way.MP3 (4,263,548 bytes)

FileName: Back Street Boys - I'll Be The One.mp3 (3,629,429 bytes)
FileName: Bad Company - Bad Company.mp3 (4,649,923 bytes)
FileName: Bad Company - Cant Get Enough of Your Love.mp3 (4,095,441 bytes)
FileName: Beyonce - Dangerously In Love - 06 - Me Myself And I.mp3 (7,230,127 bytes)
FileName: BIG TYMERES-I STAY FLY.mp3 (4,566,336 bytes)
FileName: black eyed peas - don't phunk with my heart.mp3 (5,799,941 bytes)
FileName: Black Eyed Peas - Monkey Business - 04 - Dont Lie.mp3 (5,618,177 bytes)
FileName: Black Sabbath - Iron Man.mp3 (5,735,781 bytes)
FileName: Bob Dylan - Everybody Must Get Stoned.mp3 (4,390,912 bytes)
FileName: Bob Marley - Everythings gonna be alright.mp3 (2,889,832 bytes)
FileName: Bon Jovi - Living On A Prayer.mp3 (4,000,705 bytes)
FileName: BoneCrusher - Never Scared.mp3 (5,160,601 bytes)
FileName: Bow Wow feat. Omarion - Let Me Hold You Down.mpg (68,799,696 bytes)
FileName: Bow Wow ft Omarion -Let Me Hold You Down.mp3 (5,381,937 bytes)
FileName: Boys 2 Men - I'll Make Love to You.mp3 (3,789,217 bytes)
FileName: Boys in the Hood- Dem Boyz.mp3 (5,560,448 bytes)
FileName: Boys to Men - End of the Road.mp3 (5,599,488 bytes)
FileName: Boyz N Da Hood Feat P. Diddy - Dem Boys.mp3 (6,223,416 bytes)
FileName: Brandy & Monica - The Boy Is Mine.mp3 (3,761,012 bytes)
FileName: Brandy - Have You Ever.mp3 (4,360,116 bytes)
FileName: Brandy, Monica & TLC -The Scrub Is Mine(Remix).mp3 (4,956,288 bytes)
FileName: Brian Adams - Everything I Do (I Do It For You).mp3 (3,863,064 bytes)
FileName: Britney Spears - Everytime.mp3 (5,680,361 bytes)
FileName: Brooke Valentine ft. Big Boi & Lil Jon - Girl Fight.mp3 (4,794,010 bytes)
FileName: Cake - Love You Madly.mp3 (3,807,984 bytes)
FileName: Cake - Never There.mp3 (2,534,604 bytes)
FileName: Cake - Short Skirt, Long Jacket.mp3 (3,330,176 bytes)
FileName: Candlebox - Cover Me.mp3 (4,541,510 bytes)
FileName: Candlebox - Far Behind.mp3 (4,783,406 bytes)
FileName: Candlebox - it's for you.mp3 (4,723,314 bytes)
FileName: Candlebox - Now Maybe.mp3 (4,712,448 bytes)
FileName: Candlebox - Sometimes.mp3 (6,166,120 bytes)
FileName: Candlebox - You.mp3 (4,738,821 bytes)
FileName: Candlebox_Rain.mp3 (6,696,960 bytes)
FileName: Cassidy - I'ma Hustler.mp3 (3,442,775 bytes)
FileName: Cassidy, Mary J.Blige- I'ma A Hustler(remix).mp3 (6,616,710 bytes)
FileName: Celine Dion - Because You Loved Me.mp3 (4,417,827 bytes)
FileName: Ciara feat. Ludacris - Oh.mp3 (6,618,531 bytes)
FileName: Ciara Ft. Petey Pablo Goodies.mp3 (3,556,731 bytes)
FileName: Ciara Ft. Petey Pablo- My Goodies (Video).mpg (54,267,724 bytes)
FileName: City High - What Would You Do.mp3 (3,514,117 bytes)
FileName: Coolio - Gangsters Paradise(1).mpeg (41,369,604 bytes)
FileName: Coolio - Gangsters Paradise.mp3 (5,812,733 bytes)
FileName: Crime Mobb feat Lil Scrappy - Knuck If You Buck.mp3 (5,019,175 bytes)
FileName: D-Block - Mighty Mighty D-Block.mp3 (6,292,235 bytes)
FileName: D.H.T. - Listen to your Heart.mp3 (3,364,537 bytes)
FileName: D12 Ft. Eminem - How Come.mp3 (5,712,176 bytes)
FileName: Damu Ridas - Inglewood Is Our Home.mp3 (3,083,246 bytes)
FileName: Deep Blue Something - Breakfast At Tiffanys - 90's Pop.mp3 (4,194,304 bytes)
FileName: Def Leppard - Pour Some Sugar On Me.mp3 (3,713,682 bytes)
FileName: Destiny's Child - Bills, Bills, Bills.mp3 (4,098,970 bytes)
FileName: Destiny's Child - Bug A Boo.mp3 (5,079,890 bytes)
FileName: Destinys Child - Cater To You.mp3 (3,959,788 bytes)
FileName: Destinys Child - Destiny Fulfilled - 06 - Girl.mp3 (3,590,355 bytes)
FileName: DHT - listen to your heart (slow).mp3 (6,499,598 bytes)
FileName: Disturbed - Down With The Sickness.mp3 (4,459,334 bytes)
FileName: Disturbed - Stupify.mp3 (6,580,477 bytes)
FileName: DJ Caffeine - Fuck On Cocaine (Face Down Ass Up Remix).mp3 (3,270,241 bytes)
FileName: DMX - I Miss You ft. Faith Evans.mp3 (4,522,405 bytes)
FileName: Don McLean - American Pie.mp3 (8,250,391 bytes)
FileName: Dru Hill & Sisqo - Incomplete.mp3 (4,294,784 bytes)

FileName: Eminem & Cypress Hill- Rap Superstar.mp3 (4,020,352 bytes)
FileName: Eminem - Amityville.mp3 (4,113,599 bytes)
FileName: Eminem - Ass Like That.mp3 (5,902,081 bytes)
FileName: Eminem - Ass Like That.mpg (72,139,284 bytes)
FileName: Eminem - Encore - 06 - Puke.mp3 (5,418,672 bytes)
FileName: Eminem - Encore - 18 - One Last Time (feat. Dr. Dre & 50 Cent) (Produced by Dr. Dre).mp3 (6,233,383 bytes)
FileName: Eminem - Encore - Like toy soldiers.mp3 (7,593,984 bytes)
FileName: Eminem - Encore - Mocking Bird.mp3 (5,412,157 bytes)
FileName: Eminem - Go To Sleep Bitch! Die!.mp3 (4,516,135 bytes)
FileName: Eminem - I never knew I.mp3 (3,675,951 bytes)
FileName: Eminem - Mocking Bird (video).mpg (48,627,712 bytes)
FileName: Eminem - Superman (Music Video).wmv (14,101,365 bytes)
FileName: Eminem - Sweet Home Alabama Freestyle (8 Mile).MP3 (1,711,963 bytes)
FileName: Eminem - The Way I Am.mp3 (6,958,118 bytes)
FileName: Eminem Sing For The Moment .mp3 (8,154,428 bytes)
FileName: Eminem, Obie Trice - Im Gone.mp3 (6,069,270 bytes)
FileName: Evanesence - Bring Me Back to Life.mpg (25,371,327 bytes)
FileName: Evanesence - Wake Me Up Inside (Anime Video).mpg (30,842,884 bytes)
FileName: Eve & Faith Evans - Love Is Blind.mp3 (5,195,776 bytes)
FileName: Eve 6 - Beautiful Oblivion.mp3 (3,506,190 bytes)
FileName: Eve 6 - Heres To The Nights.mp3 (5,993,052 bytes)
FileName: Eve- Love Is Blind- Video.mpg (40,208,884 bytes)
FileName: Fabolous - Breathe.mp3 (8,347,324 bytes)
FileName: Fabolous - Real Talk - 15 - Girls.mp3 (5,311,694 bytes)
FileName: Fabulous - Can't Leave You Alone.mp3 (5,410,700 bytes)
FileName: Fall Out Boy - Sugar Wer'e Going Down.mp3 (6,247,589 bytes)
FileName: Fantasia Barrino - 02 - Free Yourself.mp3 (5,258,580 bytes)
FileName: Fat Joe -Lean Back.mpg (64,535,156 bytes)
FileName: fat joe ft nelly - get it poppin.mp3 (3,411,116 bytes)
FileName: Field Mob & Trick Daddy - Haters.mp3 (6,099,487 bytes)
FileName: Foolin.mp3 (5,487,935 bytes)
FileName: Frankie J & Baby Bash - Obsession.mp3 (9,303,172 bytes)
FileName: G-Unit - Poppin' Them Things.mp3 (5,783,177 bytes)
FileName: G-Unit - Smile.mp3 (3,492,134 bytes)
FileName: G-unit - Young Buck ft 50 Cent- Calicos.mp3 (5,967,781 bytes)
FileName: George Michael & Wham - I'm Your Man.mp3 (3,932,160 bytes)
FileName: Good Charolette - Hold On.mp3 (5,932,850 bytes)
FileName: Gorillaz - get the cool shoe shine.mp3 (2,496,512 bytes)
FileName: green day - Closing Time.mp3 (4,362,240 bytes)
FileName: Green Day - Minority.mp3 (2,709,595 bytes)
FileName: Green Day - Time of Your Life.mp3 (2,468,247 bytes)
FileName: Greenday - Holiday.mp3 (7,957,930 bytes)
FileName: Greenday - Wake Me Up When September Ends.mp3 (7,933,931 bytes)
FileName: Guns And Roses - Knocking On Heavens Door.mp3 (5,377,462 bytes)
FileName: Guns and Roses - Paradise City.mp3 (6,474,605 bytes)
FileName: Guns and Roses - Sweet Child O Mine.mp3 (5,703,053 bytes)
FileName: Guns and Roses - Welcome to the Jungle.mp3 (4,378,250 bytes)
FileName: Gwen Stefani - Cool.mp3 (3,789,464 bytes)
FileName: Gwen Stefani - Hollaback Girl.mp3 (4,001,982 bytes)
FileName: Hootie And The Blow Fish - I Only Want To Be With You.mp3 (3,594,833 bytes)
FileName: Hootie And The Blow Fish - Let Her Cry.mp3 (3,196,966 bytes)
FileName: Hootie And The Blow Fish- Time.MP3 (4,699,243 bytes)
FileName: immortal tecnique - the point of no return.mp3 (3,871,222 bytes)
FileName: Incubus - I Wish You Were Here .mp3 (3,417,652 bytes)
FileName: Incubus - I Wish You Were Here.mp3 (5,126,048 bytes)
FileName: Incubus - new - Are You In.mp3 (4,263,936 bytes)
FileName: Incubus - New - Nice To Know You.mp3 (4,569,088 bytes)
FileName: Incubus - Pardon Me.mp3 (5,374,874 bytes)
FileName: Incubus - Smoking The Herb Again.mp3 (5,195,904 bytes)
FileName: Incubus - Under My Umbrella.m4a (3,388,251 bytes)
FileName: Ja Rule ft. Ashanti- Mesmerized.mp3 (6,694,287 bytes)

FileName: Jadakiss Feat. Mariah Carey - K.I.S.S. Me.mp3 (7,459,807 bytes)
FileName: Jadakiss Ft. Mariah Carey - You Make Me Wanna.mp3 (7,456,768 bytes)
FileName: Jay and Silent Bob Strike Back - Fuck, fuck song.mp3 (987,305 bytes)
FileName: Jay-Z - Big Pimpin.mp3 (4,608,000 bytes)
FileName: Jay-Z, Dr Dre & Eminem - Big Pimpin (remix).mp3 (5,424,588 bytes)
FileName: Jay-Z, Dr. Dre, Snoop Dog, Ja Rule, Nate Dogg, Jennifer Lopez, 2Pac, Ludacris, Missy Elliot, City High, Ray-J, Lil' Kim, Sisqo, Nelly, Tyrese - Rap Mix(1).mp3 (7,012,772 bytes)
FileName: Jermaine Dupri feat. Missy Elliott - I Gotta Getcha.mp3 (5,015,178 bytes)
FileName: Jessica Simpson - These Boots (Are Made For Walkin').mp3 (3,839,877 bytes)
FileName: Jessica Simpson- Angels.mp3 (3,975,231 bytes)
FileName: Jewel - Adrian.mp3 (6,814,075 bytes)
FileName: Jewel - Hands.mp3 (3,752,294 bytes)
FileName: Jewel - Who Will Save Your Soul.mp3 (3,786,163 bytes)
FileName: Jewlel - Foolish Games.mp3 (5,404,672 bytes)
FileName: Jimmy Buffett - A Pirate Looks at 40.mp3 (3,713,149 bytes)
FileName: Jimmy Buffett - Brown Eyed Girl.mp3 (3,709,502 bytes)
FileName: Jimmy Buffett - Changes in Latitudes, Changes in Attitudes.mp3 (3,156,198 bytes)
FileName: Jimmy Buffett - Fins.mp3 (3,303,549 bytes)
FileName: Joe Budden ft. Busta Rhymes - Theres Some Hoes In This House.mp3 (6,285,188 bytes)
FileName: Joe Cocker - Wonder Years Theme Song.mp3 (4,820,323 bytes)
FileName: Junior Mafia - Get Money (remix f Biggie Smalls).mp3 (4,375,678 bytes)
FileName: Justin Timberlake - Cry Me A River.mp3 (6,971,854 bytes)
FileName: Justin Timberlake - Rock Your Body.mp3 (3,234,858 bytes)
FileName: Juvenille - Back that ass UP.mp3 (4,806,992 bytes)
FileName: juvinile & jayz, jarule, dmx - back that ass up (remix).mp3 (3,793,792 bytes)
FileName: Kanye West - Golddigger.mp3 (5,020,424 bytes)
FileName: Kanye West - The Good, The Bad, The Ugly.mp3 (6,014,976 bytes)
FileName: Kanye West- All Falls Down.mp3 (5,660,375 bytes)
FileName: Kanye West- Diamonds Are Forever.mp3 (5,758,727 bytes)
FileName: KCI & Jojo - All My Life.mp3 (3,534,620 bytes)
FileName: Kci And Jojo - All My Life KC & Jo Jo.mpg (17,461,252 bytes)
FileName: KCi and JoJo - All My Life.mp3 (5,293,163 bytes)
FileName: Kelly Clarkson - Behind These Hazel Eyes.mp3 (5,906,576 bytes)
FileName: Kittie - Brackish (Live on Conan).mpg (19,290,116 bytes)
FileName: Kittie - What I always wanted(1).mpeg (40,372,528 bytes)
FileName: Lady Saw - Ive Got Your Man.mp3 (4,311,293 bytes)
FileName: Led Zeppelin - Good Times Bad Times.mp3 (2,668,672 bytes)
FileName: Led Zeppelin - Stairway to Heaven.mp3 (7,714,143 bytes)
FileName: Lil Bow Wow Feat. Ciara - Like You.mp3 (3,306,893 bytes)
FileName: lil john -Throw It Up.mp3 (5,973,934 bytes)
FileName: Lil Jon_Lil Scrappy - What You Gonna Do.mp3 (7,702,568 bytes)
FileName: Lil Kim feat. 50 Cent - Magic Stick.mp3 (3,383,296 bytes)
FileName: Lil Scrappy & Trillville- Some Cut.mp3 (6,807,218 bytes)
FileName: Lil Scrappy - No Problems.mp3 (3,435,669 bytes)
FileName: Lil' Jon feat Ludacris & Usher - Lovers And Friends.mp3 (6,289,408 bytes)
FileName: Limp Bizkit & Rage Against The Machine & POD & Offspring & Greenday & Nirvana & Pearl Jam - Election USA (very rare remix).mp3 (4,329,639 bytes)
FileName: Limp Bizkit - Break Stuff.mp3 (2,670,215 bytes)
FileName: Limp Bizkit - Nookie.mp3 (4,638,555 bytes)
FileName: Limp Bizkit - Rollin.mp3 (5,258,885 bytes)
FileName: Lloyd Banks - Warriors Pt. 2 (ft. Eminem & 50 Cent) .mp3 (5,224,588 bytes)
FileName: Loyd banks - Warrior.mp3 (4,742,679 bytes)
FileName: Ludacris - Booty Poppin.mp3 (6,853,552 bytes)
FileName: Ludacris - Get Back.mp3 (4,422,837 bytes)
FileName: Ludacris - move bitch .mp3 (4,335,201 bytes)
FileName: Ludacris - Pimping All Over The World.mp3 (8,749,184 bytes)
FileName: Ludacris - Roll Out.mp3 (3,698,734 bytes)
FileName: Ludacris - Youse A Hoe.mp3 (5,107,257 bytes)
FileName: Ludacris -Number One Spot(1).mp3 (6,324,864 bytes)

FileName: ludacris-pussy poppin.mpg (52,602,648 bytes)
FileName: Lyfe Jennings - Must Be Nice.mp3 (3,737,895 bytes)
FileName: Lynard Skynard - Free Bird.mp3 (9,723,904 bytes)
FileName: Lynard Skynard - Gimme Three Steps.mp3 (4,273,470 bytes)
FileName: Lynard Skynard - Sweet Home Alabama.mp3 (4,562,860 bytes)
FileName: Lynard Skynard - That Smell.mp3 (5,559,656 bytes)
FileName: Mack10- Inglewood Swangin'.mp3 (3,344,512 bytes)
FileName: Mariah Carey & 98 Degrees - Thank God I Found You.mp3 (4,493,189 bytes)
FileName: Mariah Carey & Jay Z - Heartbreaker.mp3 (4,066,864 bytes)
FileName: Mariah Carey - 03 - Shake It Off.MP3 (6,526,373 bytes)
FileName: Mariah Carey - Always Be My Baby.mp3 (4,126,638 bytes)
FileName: Mariah Carey - Hero.mp3 (4,145,201 bytes)
FileName: Mariah Carey - Shake It Off.wav (41,084,974 bytes)
FileName: Mariah Carey Feat. Jermaine Dupri - It's Like That.mp3 (4,930,081 bytes)
FileName: Mariah Carey feat. Styles P & Jadakiss-We belong together (remix).mp3 (4,131,611 bytes)
FileName: Mariah Carey- We Belong Together.mp3 (4,020,289 bytes)
FileName: Marilyn Manson - Tainted Love.mp3 (3,183,019 bytes)
FileName: Mario - Here I Go Again.MP3 (4,826,302 bytes)
FileName: Mario - How Could You.MP3 (5,665,773 bytes)
FileName: Marlyn manson beautiful people.mp3 (3,057,368 bytes)
FileName: Marylin Manson - Another Brick In The Wall.mp3 (4,148,199 bytes)
FileName: Mashonda - Back of the club.mp3 (3,903,616 bytes)
FileName: Matchbook Romance - Lovers & Liars.mp3 (3,249,677 bytes)
FileName: Metallica - Never Never Land.mp3 (4,642,505 bytes)
FileName: Metallica - Nothing Else Matters.mp3 (6,220,486 bytes)
FileName: Microsoft Office 2000 (Word, Excel, Outlook, PowerPoint, Access, and FrontPage).zip (324,019,600 bytes)
FileName: Mike Jones & Paul Wall - Still Tippin'.mp3 (6,404,057 bytes)
FileName: Mike Jones - Back Then (Dirty).mp3 (3,720,673 bytes)
FileName: Mike Jones - Back Then.mp3 (3,863,659 bytes)
FileName: Mike Jones - get it on the floor.mp3 (3,165,551 bytes)
FileName: Mike Jones - Who is Mike Jones - Mike jones who.mp3 (3,466,101 bytes)
FileName: Mike Jones Ft. Ying Yang Twins - I Need a Dime.mp3 (4,610,330 bytes)
FileName: Mike Jones, Slim Thug, Paul Wall - Still Tippin on 44's (2).mp3 (4,269,419 bytes)
FileName: Milli Vanilli - Blame It On The Rain.mp3 (4,149,916 bytes)
FileName: Millie Vanilli - Girl You Know Its True.mp3 (4,044,719 bytes)
FileName: Missy Elliot - I Need a Hot Boy (remix) (fet. Hot Boys, Q-Tip, Nas, Eve).mp3 (3,653,509 bytes)
FileName: Missy Elliot-music that makes you lose control.mp3 (5,519,404 bytes)
FileName: Missy Elliott - I'm Really Hot.mp3 (3,375,232 bytes)
FileName: Missy Elliott - The Cookbook - 06 - meltdown.mp3 (6,064,456 bytes)
FileName: missy elliott - the cookbook - 13 - mommy.mp3 (3,953,500 bytes)
FileName: Missy Elliott - Under Construction - 07 - Pussy Cat.mp3 (6,537,896 bytes)
FileName: Missy Elliott - Work It (Dirty).mp3 (4,216,372 bytes)
FileName: Mr. Vegas - She's A Hoe.mp3 (3,135,077 bytes)
FileName: Music Video - My Immortal- Evanesence.mpg (47,551,364 bytes)
FileName: N'Sync - Bye Bye Bye.mp3 (3,220,513 bytes)
FileName: nas ft puff daddy - you can hate me now.mp3 (4,574,981 bytes)
FileName: Nelly (Ft. Tim McGraw) - Over And Over Again.mp3 (6,219,776 bytes)
FileName: Nelly - Air Force Ones.mp3 (7,297,068 bytes)
FileName: nelly - Hot In Here.mp3 (5,489,823 bytes)
FileName: Nelly - NaNaNa.mp3 (6,082,705 bytes)
FileName: nelly - number one (1).mp3 (3,978,971 bytes)
FileName: Nelly - Ride With Me.mp3 (4,670,286 bytes)
FileName: Nelly - Shake Your Tailfeather.mp3 (4,665,347 bytes)
FileName: Nelly - Suit - 04 - Paradise.mp3 (7,710,305 bytes)
FileName: Nelly ft. Jaheim - My Place.mp3 (5,404,966 bytes)
FileName: Notorious B.I.G. - Big Poppa.mp3 (3,551,336 bytes)
FileName: Notorious BIG - Juicy.mp3 (4,843,695 bytes)
FileName: Notorious Big feat Bone Thugs - Lets Ride.mp3 (5,869,952 bytes)
FileName: Nsync - Digital Get Down.mp3 (4,212,736 bytes)

FileName: NSync - God Must Have Spent A Little More Time On You.mp3 (4,504,851 bytes)
FileName: Nsync - I Drive Myself Crazy.mp3 (5,755,268 bytes)
FileName: NSync - I Want You Back.mp3 (3,247,685 bytes)
FileName: NSYNC - Tearin' Up My Heart.mp3 (3,324,452 bytes)
FileName: Obie Trice - Cheers - 07 - Bad Bitch.mp3 (5,999,639 bytes)
FileName: Obie Trice - Cheers - 09 - Follow My Life.mp3 (5,660,925 bytes)
FileName: Obie Trice and Eminem-Hey Lady.mp3 (6,859,005 bytes)
FileName: Obie trice Ft Eminem - Shit hits the fan.mp3 (7,462,120 bytes)
FileName: omarian - o.mp3 (6,818,202 bytes)
FileName: Ozone _NumaNuma.mp3 (5,150,796 bytes)
FileName: Ozzy Osborne - Momma I'm Coming Home.mp3 (4,035,941 bytes)
FileName: p diddy - We Aint Going No Where (1).mp3 (6,130,834 bytes)
FileName: Pink Floyd - Comfortably Numb.mp3 (6,144,000 bytes)
FileName: Pink Floyd - Money.mp3 (6,120,594 bytes)
FileName: Pink Floyde - Another Brick In The Wall Part 2.mp3 (3,869,466 bytes)
FileName: Pit Bull- Back Up.mp3 (6,044,504 bytes)
FileName: Pitbull and Lil Jon-Culo.mp3 (4,085,558 bytes)
FileName: Poison - Shes My Cherry Pie.mp3 (3,190,786 bytes)
FileName: Pop Mizuk.mp3 (3,192,082 bytes)
FileName: Pretty Ricky - Blue Stars - 02 - Your Body.mp3 (6,256,512 bytes)
FileName: Pretty Ricky - grind with me.mp3 (3,938,934 bytes)
FileName: Pussycat Dolls - Don't Ya Wish Your Girlfriend Was Hot Like Me.mp3 (7,609,904 bytes)
FileName: R Kelly - Trapped In The Closet (Chapters 1-5).mp3 (23,746,688 bytes)
FileName: R. Kelly feat the Game-Players only.mp3 (3,667,591 bytes)
FileName: R. Kelly Feat. The Game - Playa's Only.mp3 (2,980,371 bytes)
FileName: Rage Against The Machine - Bulls On Parade.mp3 (3,698,520 bytes)
FileName: Rage Against The Machine - Fuck The Police.mp3 (3,943,568 bytes)
FileName: Rage Against The Machine - Killing In The Name Of.mp3 (5,030,138 bytes)
FileName: Rick Springfield - Jessie's Girl.mp3 (3,146,932 bytes)
FileName: RIHANNA - Pon De Replay (Hey Mr.DJ Turn The Music Up).mp3 (6,184,842 bytes)
FileName: Rupee - Do The Damn Thing.mp3 (5,368,844 bytes)
FileName: Samantha Mumba - Lately.mp3 (4,933,632 bytes)
FileName: Sean Paul - Legalize It.mp3 (5,557,151 bytes)
FileName: Shyne - Bonnie N' Shyne.mp3 (6,154,784 bytes)
FileName: Shyne - For The Record (50 Cent Diss).mp3 (5,104,501 bytes)
FileName: Simple Plan - Shut Up.mp3 (4,357,981 bytes)
FileName: Simple Plan - Untitled.mp3 (3,785,422 bytes)
FileName: Sir Mix-A-Lot - Baby got back (I like big butts).mp3 (4,200,576 bytes)
FileName: Snoop Dog ft. Pharrell - Drop it like its hot.mp3 (6,480,040 bytes)
FileName: Snoop Dogg ft. Justin Timberlake - Signs.mp3 (6,325,058 bytes)
FileName: Spice Girls - 2 Become 1.mp3 (3,857,729 bytes)
FileName: Spice Girls - Who Do You Think You Are.mp3 (3,836,939 bytes)
FileName: Sting & The Police - Every Breath You Take.mp3 (4,051,236 bytes)
FileName: Story Of A Girl (featuring Blink 182, Matchbox 20, Third Eye Blind).mp3 (2,979,840 bytes)
FileName: Sublime - 40 Oz To Freedom.mp3 (2,922,496 bytes)
FileName: sublime - april 29, 1992.mp3 (3,726,310 bytes)
FileName: Sublime - Badfish.mp3 (2,989,974 bytes)
FileName: Sublime - Caress Me Down.mp3 (3,388,523 bytes)
FileName: Sublime - Date Rape.mp3 (3,480,318 bytes)
FileName: Sublime - Pawn Shop.mp3 (5,858,951 bytes)
FileName: Sublime - Smoke 2 Joints.mp3 (2,773,159 bytes)
FileName: Sublime - Summertime.mp3 (4,038,031 bytes)
FileName: Sublime - What I Got.mp3 (2,737,632 bytes)
FileName: Sublime - Wrong Way.mp3 (2,178,064 bytes)
FileName: Teairra Mari - Make Her Feel Good (dirty).mp3 (5,892,608 bytes)
FileName: the bangles - walk like an egyptian.mp3 (3,266,351 bytes)
FileName: The Cranberries - In Your Head.mp3 (4,891,954 bytes)
FileName: The Cranberries - Zombie.mp3 (4,892,595 bytes)
FileName: The Eagles - Hotel California.mp3 (6,269,804 bytes)

FileName: The Eagles - Witchy Woman.mp3 (6,077,545 bytes)
FileName: The Flys - Got You Where I Want You.mp3 (3,678,006 bytes)
FileName: The Game - The Documentary - 03 - Dreams.mp3 (7,177,518 bytes)
FileName: The Game - The Documentary - 04 - Hate It Or Love It ft. 50 Cent.mp3 (5,104,632 bytes)
FileName: The Police - I'll Be Watching You.mp3 (4,039,960 bytes)
FileName: Theme Song - The Andy Milonakis Show.mp3 (774,219 bytes)
FileName: Third Eye Blind - Never Let You Go.mp3 (3,796,451 bytes)
FileName: Third Eye Blind - Semi Charmed Life.mp3 (4,300,382 bytes)
FileName: TI - ASAP.mp3 (6,830,960 bytes)
FileName: TI, PSC, Lil Scrappy- I'm The King.mp3 (6,429,221 bytes)
FileName: TLC - Creep.mp3 (4,301,763 bytes)
FileName: tlc - fanmail.mp3 (3,798,837 bytes)
FileName: TLC - No Scrubs.mp3 (3,431,025 bytes)
FileName: TLC - No Scrubs.mpg (41,673,302 bytes)
FileName: TLC - Unpretty.mp3 (4,449,303 bytes)
FileName: TLC - Waterfalls.mp3 (4,473,292 bytes)
FileName: Tom Petty - Free Falling.mp3 (3,991,510 bytes)
FileName: Tom Petty - I Won't Back Down.mp3 (2,827,621 bytes)
FileName: Tom Petty - Last Dance With Mary Jane.mp3 (4,346,194 bytes)
FileName: Tom Petty - Last Dance With Mary Jane.mpg (64,686,126 bytes)
FileName: Tony Yayo feat. 50 Cent - So Seductive.mp3 (3,454,015 bytes)
FileName: Tony Yayo ft. 50 Cent - So Seductive (dirty).mp3 (5,184,452 bytes)
FileName: Tori - Don't Ya.mp3 (7,613,659 bytes)
FileName: Trance-Techno - Fuck on Cocaine.mp3 (5,138,432 bytes)
FileName: Trina & Ludacris- Be Alright.mp3 (3,821,680 bytes)
FileName: Trina - Diamond Princess - 02 - Hustling.mp3 (2,795,815 bytes)
FileName: Trina - Diamond Princess - 05 - B R Right (Ft. Ludacris).mp3 (6,290,371 bytes)
FileName: Trina - Diamond Princess - No Pannies feat Tweet.mp3 (2,661,939 bytes)
FileName: Trina - I want my ass smacked.mp3 (3,820,368 bytes)
FileName: Tupac - Fuck The World.mp3 (4,061,312 bytes)
FileName: TV Theme Songs - Fresh Prince of Bel Air - Will Smith.mp3 (2,834,599 bytes)
FileName: Tweet & Missy Elliott - Oops Oh My.mp3 (5,645,967 bytes)
FileName: Tweet & Missy Elliott - Turn Da Lights Off.mp3 (5,474,499 bytes)
FileName: Tweet - Oops Oh My.mp3 (5,645,711 bytes)
FileName: Tweet ft Fabulous & Missy - Oops Oh My (Remix).mp3 (3,949,215 bytes)
FileName: U2 - Sweetest Thing.mp3 (2,913,679 bytes)
FileName: U2 - With or Without You.mp3 (4,738,907 bytes)
FileName: Usher & Timberland - You Make Me Wanna(remix).mp3 (4,296,895 bytes)
FileName: Usher - Burn.mp3 (5,171,766 bytes)
FileName: Usher - Caught Up.mp3 (5,393,682 bytes)
FileName: Usher - You Got It Bad.mp3 (3,970,239 bytes)
FileName: Usher - You Make Me Wanna.mp3 (3,540,584 bytes)
FileName: Usher feat Alicia Keys - My Boo.mp3 (5,071,691 bytes)
FileName: Vanilla Ice - Ice Ice Baby.mp3 (4,264,437 bytes)
FileName: Vanilla Ice - Ice Ice Baby.mpg (54,341,636 bytes)
FileName: Vanilla Ice - Ice, Ice Baby.mp3 (4,264,437 bytes)
FileName: Venga Boys - Boom Boom Boom Boom.mp3 (3,277,876 bytes)
FileName: Webbie Feat. Bun B- Give Me That.mp3 (6,426,121 bytes)
FileName: Wedding songs - 98 Degrees - I Do (Cherish You).mp3 (3,632,902 bytes)
FileName: Wheatus - Teenage Dirtbag.mp3 (3,892,035 bytes)
FileName: Whitesnake - Give me all your love tonight.mp3 (3,391,488 bytes)
FileName: Whitesnake - Here I Go Again.mp3 (4,433,711 bytes)
FileName: Will Smith - Party Starter.mp3 (6,438,866 bytes)
FileName: Will Smith Lost And Found - 2005 - 04 - mr._niceguy.mp3 (3,566,312 bytes)
FileName: Will Smith Lost And Found - 2005 - 12 - loretta.mp3 (6,748,923 bytes)
FileName: Will Smith- Lost & Found.mp3 (6,568,078 bytes)
FileName: Will Smith- Ms. Holy Roller.mp3 (5,856,066 bytes)
FileName: Will Smith- Scary Story.mp3 (5,609,316 bytes)
FileName: Will Smith-Switch.mp3 (3,094,420 bytes)
FileName: Wyclef Jean - Stripper Song.mp3 (3,999,869 bytes)

Werry.Scott - userlog - 87474342.txt

FileName: Ying Yang Twins - Back Up!.mp3 (4,372,480 bytes)
FileName: Ying Yang Twins - Boom(It's On).MP3 (10,398,165 bytes)
FileName: Ying Yang Twins - USA - 02 - Badd ft Mike Jones.mp3 (5,482,964 bytes)
FileName: Ying Yang Twins - Wait (The Whisper Song).mp3 (2,929,008 bytes)
FileName: Young Buck, Ti, Ludacris - Stomp.mp3 (6,904,084 bytes)
FileName: Kelly Clarkson - Since Youve Been Gone.mp3 (4,012,141 bytes)
FileName: Kelly Clarkson - Since You've Been Gone.mp3 (4,608,109 bytes)