STIPULATION
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ELEKTRA ENTERTAINMENT GROUP INC., A Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California Limited liability company; VIRGIN RECORDS AMERICA INC., a California corporation; INTERSCOPE RECORDS, a California general Partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general Partnership; and ARISTA RECORDS LLC, a Delaware limited liability company

VS.

C. A. NO.: 06-357T

SCOTT WERRY

**STIPULATION**

Defendant hereby enters his appearance pro se in the above matter.

Scott Werry
Pro Se

398 Field Hill Road
Clayville, RI 02815-1102
(401) 647-5239

CERTIFICATION

I hereby certify that I mailed a true copy of the within to James E. O'Neil, The Meadows, Suite A103, 1130 Ten Rod Road, North Kingstown, RI, 02852, on this 19TH day of September, 2006.