UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ELEKTRA ENTERTAINMENT GROUP INC., A Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California Limited liability company; VIRGIN RECORDS AMERICA INC., a California corporation; INTERSCOPE RECORDS, a California general Partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general Partnership; and ARISTA RECORDS LLC, a Delaware limited liability company

VS. C. A. NO.: 06-357T

SCOTT WERRY

**DEFENDANT'S ANSWER TO COMPLAINT FOR COPYRIGHT INFRINGEMENT**

PARTIES

Defendant has insufficient knowledge to either admit or deny the allegations made in paragraphs 1 through 11.

12. Admitted.

COUNT I

INFRINGEMENT OF COPYRIGHTS

13. Defendant hereby incorporates his answers to paragraphs 1-12 as if set forth herein in full.

14. Defendant has insufficient knowledge to either admit or deny.

15. Defendant has insufficient knowledge to either admit or deny.

16. Denied.

17. Defendant has insufficient knowledge to either admit or deny.

18. Denied.

19. Denied.

20. Denied.

WHEREFORE, defendant prays that the plaintiffs' complaint be dismissed and any further actions against the defendant for injunctive relief be denied as he has not committed any affirmative acts and that all the plaintiffs' requests for relief in Count I be denied.

**AFFIRMATIVE DEFENSES**

1. Insufficiency of service of process.

2. Failure to join and indispensable party.

**COUNTERCLAIM**

1. The counterclaimant, Scott Werry is amenable to service of process in this jurisdiction, although the defendant has alleged affirmatively in his answer insufficiency of service of process.

2. That the action brought by plaintiffs is legally justified in form.

3. That the suit is brought by the plaintiffs through ulterior motive to extort for economic profits by legal advantage in attempting to collect monies from the defendant which is not owed by said defendant.

WHEREFORE, the counterclaimant hereby demands $100,000 in compensatory damages for the abuse of process committed by the plaintiffs and $1,000,000 in punitive damages for the intentional actions of the plaintiffs in attempting to extort through legal process monies that not owed by the defendant/counterclaimant to the plaintiffs.

Scott Werry
Pro Se
398 Field Hill Road
Clayville, RI 02815-1102
(401) 647-5239

CERTIFICATION

I hereby certify that I mailed a true copy of the within to James E. O'Neil, The Meadows, Suite A103, 1130 Ten Rod Road, North Kingstown, RI, 02852, on this 19th day of September, 2006.