**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,

Plaintiffs,

v.

SCOTT WERRY,

Defendant.

Civil No. 1:06-cv-00357-T-LDA

**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT'S COUNTERCLAIM**

Plaintiffs Elektra Entertainment Group Inc., Warner Bros. Records Inc., Priority Records LLC, Virgin Records America, Inc., Interscope Records, UMG Recordings, Inc., Sony BMG Music Entertainment, and Arista Records LLC (collectively, "Plaintiffs") respectfully request an additional 10 days to answer or otherwise respond to Defendant's counterclaim for abuse of process. Plaintiffs are preparing a response and would like additional 10 days to complete their research and finalize their draft.

Plaintiffs have attempted to reach the defendant regarding this motion, but to date, have not been successful.

WHEREFORE, Plaintiffs respectfully request an additional 10 days to answer or otherwise respond to Defendant's counterclaim.

Respectfully Submitted,

Dated: 10/10/06

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for ELEKTRA ENTERTAINMENT GROUP INC.; WARNER BROS. RECORDS INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and ARISTA RECORDS LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this __10th___ day of _October____, 2006, a copy of the foregoing **MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT'S COUNTERCLAIM** was served upon the Defendant via United States Mail at the following address:

Scott Werry

398 Field Hill Rd.

Clayville, RI 02815-1102

*Defendant*

/s/ James E. O'Neil, Esq.
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852