**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,

Plaintiffs,

v.

SCOTT WERRY,

Defendant.

Civil No. 1:06-cv-00357-T-LDA

**MOTION TO DISMISS COUNTERCLAIM**

Plaintiffs Elektra Entertainment Group Inc., Warner Bros. Records Inc., Priority Records LLC, Virgin Records America, Inc., Interscope Records, UMG Recordings, Inc., Sony BMG Music Entertainment, and Arista Records LLC (collectively, "Plaintiffs") respectfully move this Court, pursuant to Fed. R. Civ. P. 8(a) and 12(b)(6) for an Order dismissing Defendant's counterclaim. For the reasons more fully set forth in Plaintiffs' accompanying Memorandum of Law, Defendant has pled none of the elements of an abuse of process claim under Rhode Island law, and, given the facts of this case, he could not plead one, thereby warranting dismissal under Fed. R. Civ. P. 8(a) and 12(b)(6).

WHEREFORE, Plaintiffs respectfully request that this Court dismiss Defendant's counterclaim for abuse of process.

Respectfully Submitted,

Dated: October 20, 2006

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for ELEKTRA ENTERTAINMENT GROUP INC.; WARNER BROS. RECORDS INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and ARISTA RECORDS LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of October, 2006, a copy of the foregoing **MOTION TO DISMISS COUNTERCLAIM** was served upon the Defendant via United States Mail, first-class postage prepaid, at the following address:

Scott Werry
398 Field Hill Rd.
Clayville, RI 02815-1102
*Defendant*

/s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852