**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., *et at,* | Civil No. 1:06-cv-00357-T-LDA |
| Plaintiffs, | Judge Ernest C. Torres |
| v. | Magistrate Lincoln D. Almond |
| SCOTT WERRY, | |
| Defendant. | |

**NOTICE OF SETTLEMENT AND REQUEST TO STAY**

Plaintiffs, Elektra Entertainment Group, Inc., *et al,* ("Plaintiffs") by and through their undersigned attorney, hereby notify this Court that the parties have settled their dispute in principle. Plaintiffs therefore respectfully request that the Court stay this case for 45 days to allow the parties to finalize their settlement agreement and file the appropriate paperwork with the Court.

Plaintiffs have spoken with Defendant's counsel regarding the filing of this motion and he consents to it being filed.

Respectfully submitted this _3rd__ day of _January, 2007.

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of January, 2007 a true and correct copy of the above **NOTICE OF SETTLEMENT AND REQUEST TO STAY** was sent via first class U.S. Mail, postage pre-paid to the following address:

Scott Werry
398 Field Hill Rd.
Clayville, RI 02815-1102

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Plaintiffs