**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ELEKTRA ENTERTAINMENT GROUP, *et al.*,
Plaintiffs,

v.

Scott Werry,
Defendant.

Civil No. 1:06-cv-00357-T-LDA

Judge Ernest Torres

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiffs Elektra Entertainment Group, *et al.*, by and through their undersigned attorney, and Defendant Scott Werry, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear its own costs and fees. The parties request that the Clerk of Court now close this case.

/s/ James E. O'Neil
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Plaintiffs

/s/ Scott Werry
Scott Werry
398 Field Hill Rd.
Clayville, RI 02815-1102
(401) 647-5239

Defendant, *pro se*